JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4803
Facsimile: (415) 744-0134
E-Mail: andrea.banks@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOANNE LOGEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01399-BNW<br><br>**DEFENDANT'S UNOPPOSED MOTION TO FILE A LATE ANSWER AND [PROPOSED] ORDER** |

　　　　Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned Counsel, files this unopposed motion to file her Answer late. Andrea Banks, counsel to the Commissioner, was sick last week and out of the office on several days due to her illness.

　　　　Defendant's Answer was due last week on Friday, November 18, 2022. Defendant was sick on Friday and left work early due to her illness. Defendant's counsel only realized her error today, Monday, November 21, 2022. Defendant's counsel emailed with Plaintiff's counsel, Harvey Sackett, today and Mr. Sackett stated he had no objection or opposition to this motion.

Answer
Case No. 2:22-cv-01399-BNW

- 1 -

1  Counsel did not intend to delay these proceedings by missing Defendant's Answer deadline
2  and sincerely apologizes to Plaintiff's counsel, Plaintiff, and to the Court for any inconvenience.
3  Defendant will file her Answer and CAR today. Defendant respectfully requests that the Court grant
4  this unopposed motion.

Dated:  November 21, 2022

JASON M. FRIERSON
United States Attorney

*/s/ Andrea Banks*
ANDREA BANKS
Special Assistant United States Attorney
Attorneys for Defendant


IT IS SO ORDERED:

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED:  November 23, 2022

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of:

DEFENDANT'S UNOPPOSED MOTION TO FILE A LATE ANSWER AND [PROPOSED] ORDER

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Harvey P. Sackett
Harvey P. Sackett, A Prof. Law Corp.
548 Market Street
Suite 38822
San Francisco, CA 94104
408-295-7755
Email: hps@sackettlaw.com

Hal Taylor
2551 W. Lakeridge Shores
Reno, NV 89519
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com
Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2022.

        */s/ Andrea Banks*
        ANDREA BANKS
        Special Assistant United States Attorney

Answer
Case No. 2:22-cv-01399-BNW