HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

HPS/as

Attorney for Plaintiff Pro Hac Vice

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| JOANNE LOGEMAN, | Case No. 2:22-cv-01399-BNW |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER |
| KILOLO KIJAKAZI,<br>Commissioner of Social Security, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, stipulate Plaintiff shall have a thirty (30) day extension of time until January 18, 2023, in which to e-file her Motion for Summary Judgment which is due on December 19, 2022. Defendant shall file any opposition, including cross-motion on or before February 17, 2023. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

1

STIPULATION AND ORDER Case No. 2:22-cv-   01399-BNW

| | | |
|---|---|---|
| 1 | Dated:   December 15, 2022 | */s/HARVEY P. SACKETT* |
| 2 | | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| 3 | | JOANNE LOGEMAN |
| 4 | Dated: December 15, 2022 | */s/ANDREA BANKS* |
| | | ANDREA BANKS |
| 5 | | Special Assistant U.S. Attorney |
| 6 | | Social Security Administration |
| | | [*As authorized by email 12/15/22] |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 12:03 pm, December 16, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

STIPULATION AND ORDER Case No. 2:22-cv-   01399-BNW