HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

HPS/as

Attorney for Plaintiff Pro Hac Vice

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| JOANNE LOGEMAN, | Case No. 2:22-cv-01399-BNW |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER |
| KILOLO KIJAKAZI, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a seven (7) day extension of time until January 25, 2023, in which to e-file her Motion for Summary Judgment which is due on January 18, 2023. Defendant shall file any opposition, including cross-motion, on or before February 24, 2023. This second and final extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no

1

STIPULATION AND ORDER Case No. 2:22-cv-   01399-BNW

intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated: January 18, 2023     /s/HARVEY P. SACKETT
                            HARVEY P. SACKETT
                            Attorney for Plaintiff
                            JOANNE LOGEMAN

Dated: January 18, 2023     /s/ANDREA BANKS
                            ANDREA BANKS
                            Special Assistant U.S. Attorney
                            Social Security Administration
                            [*As authorized by email 1/18/23]

## ORDER
**IT IS SO ORDERED**

**DATED:** 6:11 pm, January 19, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**