1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOANNE L.,,

                         Plaintiff(s),

    v.

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant(s).

Case No. 2:22-CV-1399 JCM (BNW)

ORDER

      Presently before the court is Magistrate Judge Brenda Weksler's report and recommendation ("R&R"). (ECF No. 33). She recommends that plaintiff JoAnne Logeman's motion to remand (ECF No. 28) be granted. She further recommends that the Social Security Commissioner's cross-motion to affirm and response to plaintiff's motion for remand (ECF Nos. 29, 30) be denied. Finally, she recommends that, on remand, the Administrative Law Judge reconsider Dr. Van Kirk's opinion; plaintiff's subjective symptom testimony; and any other part of the decision as necessary in light of the updated record on remand, including plaintiff's residual functional capacity, and any hypothetical given to the vocational expert.

      No objections were filed to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

. . .

**James C. Mahan**
**U.S. District Judge**

1     Accordingly,

2     IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Weksler's R&R

3  (ECF No. 33) is ADOPTED, in full.

4     IT IS FURTHER ORDERED that judgment is entered in favor of plaintiff.

5     The clerk is instructed to enter judgment and close the case.

6     DATED September 29, 2023.

7     _____

8     UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -