AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JoAnne L.,

                Plaintiff,

v.

Commissioner Of Social Security,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number:  2:22-cv-01399-JCM-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Plaintiff and against Defendant. Judge Weksler's R&R (ECF No. 33) is ADOPTED, in full.

Case closed.

| | |
|---|---|
| 09/29/2023 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ R. Gador |
| | Deputy Clerk |